## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA,**
　　　Plaintiff,

v.

**JOSE RODOLFO LOPEZ-AMPARO**,
　　　Defendant.

**CRIMINAL NO**. 17-644 (PG)

## UNITED STATES' EMERGENCY MOTION FOR STAY OF BAIL ORDER
## PENDING MOTION FOR DE NOVO HEARING

**TO THE HONORABLE COURT:**

　　　The United States of America, by and through its undersigned attorneys, moves this Honorable Court, having original jurisdiction over the offense(s) charged, pursuant to Title l8, *United States Code*, Section 3l45(a)(l), for a review of the release order for **JOSE RODOLFO LOPEZ-AMPARO,** entered by Honorable Magistrate Judge Marcos E. López today, December 22, 2017, and for the revocation of said release order to reasonably assure the appearance of the above defendant, as provided by Title l8, *United States Code*, Section 3l42.

　　　The United States further moves this Court for an order staying said release order pending disposition of the United States' Motion For De Novo Hearing And Appeal Of Magistrate Judge's Order Releasing Defendant. (DE No. 11).　Such a stay will preserve this Court's jurisdiction and protect the integrity of its judicial process, in accordance with Title 28, *United States Code*, Section l65l(a), while any incremental harm to the defendant will be minimized by a prompt determination of the United States' Motion, in accordance with Title l8, *United States Code*, Section 3l45(a).

**WHEREFORE**, and in view of the foregoing, the United States of America respectfully requests from this Court to **STAY** the Magistrate Judge's Order granting the defendant bail, pending disposition of the United States' Motion.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22nd day of December 2017.

> **ROSA EMILIA RODRIGUEZ-VÉLEZ**
> **UNITED STATES ATTORNEY**
>
> s/ *Sean R. Gajewski*
> Special Assistant United States Attorney
> USDC No. G02713
> Torre Chardón, Suite 1201
> 350 Carlos Chardón Avenue
> San Juan, Puerto Rico 00918
> Tel: (787) 282-1932

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of December 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties in this case.

> s/ *Sean R. Gajewski*
> Sean R. Gajewski
> Special Assistant United States Attorney